IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00514-EWN-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

05. GREGORY BESTER,

    Defendant.

_____

**ORDER**
_____

    This matter is before the court on Gregory Bester's motion for return of property (#1514). The Government has responded, informing the court that it has now returned the property. Upon consideration of the motion and response, it is

    ORDERED that the motion be DENIED as moot.

    DATED this 17th day of August, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge
                                      District of Colorado